Heather C. Beasley, OSB No. 965443
E-mail: hbeasley@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax: (503) 222-4428

**Of Attorneys for Avis Rent A Car System,
LLC, Avis Budget Group, Inc. and Budget
Rent a Car System, Inc.**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

|  |  |
|---|---|
| ESTATE OF AMANDA MARLENE PALIN by and through its Personal Representative, SHANNON CONLEY,<br><br>Plaintiff,<br><br>v.<br><br>MPF FEDERAL, LLC, a Pennsylvania limited liability company; AVIS RENT A CAR SYSTEM, LLC, a Delaware limited liability company; AVIS BUDGET GROUP, INC., a Delaware corporation; Budget Rent a Car System, Inc., a Delaware Corporation; and KIMBERLY GABRIEL,<br><br>Defendants. | Case No. 3:24-cv-00807-JR<br><br>**STIPULATION AND ORDER FOR LIMITED DISMISSAL OF AVIS RENT A CAR SYSTEM, LLC, AVIS BUDGET GROUP, INC. AND BUDGET RENT A CAR SYSTEM, INC. ONLY WITH PREJUDICE AND WITHOUT COSTS** |

## <u>STIPULATION</u>

Plaintiff Estate Of Amanda Marlene Palin by and through its Personal Representative

Shannon Conley and Defendants Avis Rent A Car System, LLC, Avis Budget Group, Inc., and

Budget Rent a Car System, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)

Page 1   **STIPULATION AND ORDER FOR LIMITED DISMISSAL OF AVIS RENT A CAR SYSTEM, LLC, AVIS BUDGET GROUP, INC. AND BUDGET RENT A CAR SYSTEM, INC. ONLY WITH PREJUDICE AND WITHOUT COSTS**
L:\91\ESTATE OF PALIN\PLD\AVIS - Stip and Limited Dismissal.docx

that this action be dismissed with prejudice as to all claims and causes of action against

Defendants Avis Rent A Car System, LLC, Avis Budget Group, Inc., and Budget Rent a Car

System, Inc. only, with each party bearing that party's own attorney's fees and costs.

**It is so stipulated:**

s/ Douglas P. Oh-Keith                    Dated: June 18, 2026
Douglas P. Oh-Keith, OSB No. 064585
doug@damorelaw.com
Of Attorneys for Plaintiff

s/ Heather C. Beasley                     Dated: June 17, 2026
Heather C. Beasley, OSB No. 965443
hbeasley@davisrothwell.com
Of Attorneys for Avis Rent A Car System,
LLC, Avis Budget Group, Inc. and Budget
Rent a Car System, Inc.

s/ Sean K. Conner                         Dated: June 25, 2026
Sean K. Conner, OSB No. 132518
Ryan J. McLellan, OSB No. 023908
Gabrielle A. Martinez deCastro, OSB No. 204094
sconner@smithfreed.com
rmclellan@smithfreed.com
gdecastro@smithfreed.com
Of Attorneys for MPF Federal, LLC

s/ Meryl Hulteng                          Dated: June 24, 2026
Francis J. Torrence, OSB #175186
Meryl A. Hulteng, OSB #164065
Francis.Torrence@lewisbrisbois.com
Meryl.Hulteng@lewisbrisbois.com
Of Attorneys for Kimberly Gabriel

**STIPULATION AND ORDER FOR LIMITED DISMISSAL OF AVIS RENT A CAR SYSTEM, LLC, AVIS BUDGET GROUP, INC. AND BUDGET RENT A CAR SYSTEM, INC. ONLY WITH PREJUDICE AND WITHOUT COSTS**
L:\91\ESTATE OF PALIN\PLD\AVIS - Stip and Limited Dismissal.docx

**DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
**T (503) 222-4422 F (503) 222-4428**

**ORDER OF DISMISSAL**

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

IT IS HEREBY ORDERED, ADJUDGED that all claims asserted against Defendants Avis Rent A Car System, LLC, Avis Budget Group, Inc., and Budget Rent a Car System, Inc. only in this action shall be, and the same hereby are, dismissed with prejudice and without costs to either party.

DATED this _____ day of _____, 2026.

_____

Page 3    **STIPULATION AND ORDER FOR LIMITED DISMISSAL OF AVIS RENT A CAR SYSTEM, LLC, AVIS BUDGET GROUP, INC. AND BUDGET RENT A CAR SYSTEM, INC. ONLY WITH PREJUDICE AND WITHOUT COSTS**
L:\91\ESTATE OF PALIN\PLD\AVIS - Stip and Limited Dismissal.docx

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422 F (503) 222-4428

## CM/ECF CERTIFICATE

I hereby certify that on June 25, 2026, I filed: **STIPULATION AND ORDER FOR LIMITED DISMISSAL OF AVIS RENT A CAR SYSTEM, LLC, AVIS BUDGET GROUP, INC. AND BUDGET RENT A CAR SYSTEM, INC. ONLY WITH PREJUDICE AND WITHOUT COSTS** electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Thomas D'Amore, OSB No. 922735
Douglas P. Oh-Keith, OSB No. 064585
Amy Bruning, OSB No. 175811
Anna Brunkenhoefer, OSB No. 216254
D'Amore Law Group, P.C.
4230 Galewood Street, Suite 200
Lake Oswego, OR 97035
Tel: (503) 222-6333
Email: tom@damorelaw.com
        doug@damorelaw.com
        amy@damorelaw.com
        anna@damorelaw.com
        rachel@damorelaw.com
        jacqueline@damorelaw.com
        erin@damorelaw.com
*Of Attorneys for Plaintiff*

Francis J. Torrence, OSB #175186
Meryl A. Hulteng, OSB #164065
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Tel: 971.712.2800
Fax: 971.712.2801
Email: Francis.Torrence@lewisbrisbois.com
        Meryl.Hulteng@lewisbrisbois.com
        Tiah.Petrucci@lewisbrisbois.com
*Of Attorneys for Kimberly Gabriel*

Sean K. Conner, OSB No. 132518
Ryan J. McLellan, OSB No. 023908
Gabrielle A. Martinez deCastro, OSB No.204094
Smith Freed Eberhard, P.C.
111 SW Columbia St., Suite 800
Portland, OR 97201
Tel: 503-227-2424
Fax: 503-227-2535
Email: sconner@smithfreed.com
        rmclellan@smithfreed.com
        gdecastro@smithfreed.com
        cjeppson@smithfreed.com
        rcartner@smithfreed.com
*Of Attorneys for MPF Federal, LLC*

DATED this 25th day of June, 2026.

s/ Heather C. Beasley
Heather C. Beasley, OSB #965443
hbeasley@davisrothwell.com
Of Attorneys for Avis Rent A Car System, LLC, Avis Budget Group, Inc. and Budget Rent a Car System, Inc.

Page 1    **CERTIFICATE OF SERVICE**

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422 F (503) 222-4428

L:\91\ESTATE OF PALIN\PLD\AVIS - Stip and Limited Dismissal.docx